## RUBACH v. STATE.
### No. 19845.

Court of Criminal Appeals of Texas.
June 8, 1938.

Percy Foreman, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for lottery; penalty assessed at a fine of ten dollars.

The complaint and information appear regular. The record is before this court without statement of facts or bills of exception. No error has been perceived authorizing a reversal of the conviction.

The judgment is affirmed.